IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01419-ZLW-BNB

EMILY BARRY,

      Plaintiff,

v.

EASTERN ASSET MANAGEMENT, LLC,

      Defendant.

_____

ORDER

_____

In consideration of Plaintiff's Notice of Settlement (Doc. No. 6) filed September 4,

2008, it is

ORDERED that this case is held in abeyance pending the filing of settlement

papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before

September 29, 2008. If by that date settlement papers have not been received by the

Court, on October 6, 2008 the case will be dismissed without prejudice.

DATED at Denver, Colorado, this ___11th___ day of September, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court