IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01419-ZLW-BNB

EMILY BARRY,

    Plaintiff,

v.

EASTERN ASSET MANAGEMENT, LLC,

    Defendant.

---

ORDER

---

On November 4, 2008, the Court ordered Defendant to file an Answer or motion in response to Plaintiff's Complaint And Jury Demand on or before November 17, 2008, and required Plaintiff to serve a copy of the Order on Defendant and file a copy of the certificate of service with the Court (See Doc. No. 16). Plaintiff apparently served a copy of the Order on a John Nicolia, Esq. via email. According to Plaintiff, Mr. Nicolia represented Plaintiff in the parties' now-failed settlement negotiations. However, Mr. Nicolia has not appeared before the Court in this case, and thus is not Defendant's counsel of record. Defendant itself apparently was not served with the Court's November 4, 2008, Order. Accordingly, it is

ORDERED that **Defendant shall file an Answer or motion in response to Plaintiff's Complaint And Jury Demand on or before December 15, 2008.** It is

FURTHER ORDERED that Plaintiff shall serve a copy of this Order via certified mail upon <u>Defendant</u> itself, at Defendant's last known address, on or before November

26, 2008, with a copy of this Order also sent to attorney John Nicolia via email on or before November 26, 2008, and Plaintiff shall file certificates of service with the Court on or before December 8, 2008.  It is

FURTHER ORDERED that **if Defendant fails to file an Answer or responsive motion on or before December 15, 2008, Plaintiff shall file and serve upon Defendant a renewed Motion For Entry Of Default on or before December 17, 2008.**

DATED at Denver, Colorado, this 24th  day of November, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court