IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01419-ZLW-BNB

EMILY BARRY,

    Plaintiff,

v.

EASTERN ASSET MANAGEMENT, LLC,

    Defendant.

---

## ORDER

---

In consideration of Plaintiff's Response To This Court's Order To Show Cause Dated March 5, 2009, (Doc. No. 33) it is

ORDERED that the Court's March 5, 2009, Order To Show Cause (Doc. No. 32) is discharged. It is

FURTHER ORDERED that the present Order does not constitute a determination of proper service for the purposes of any future motion for default.

DATED at Denver, Colorado, this 18th day of March, 2009.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court