IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01419-ZLW-BNB

EMILY BARRY,

    Plaintiff,

v.

EASTERN ASSET MANAGEMENT, LLC,

    Defendant.

## ORDER

The matter before the Court is Plaintiff's Request For Entry Of Default Judgment (Doc. No. 39). The affidavit of indebtedness which Plaintiff filed (Doc. No. 38-2) does not attach any documentation supporting the amount of attorney's fees and costs sought, and was not either notarized[1] or certified under penalty of perjury pursuant to 28 U.S.C. § 1746. Accordingly, it is

ORDERED that Request For Entry Of Default Judgment (Doc. No. 39) is denied without prejudice.

DATED at Denver, Colorado, this 30th day of April, 2009.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] An affidavit is a "voluntary declaration of facts written down and sworn to by the declarant before an officer authorized to administer oaths, such as a notary public." Black's Law Dictionary (8th ed. 2004).