IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01419-ZLW-BNB

EMILY BARRY,

    Plaintiff,

v.

EASTERN ASSET MANAGEMENT, LLC,

    Defendant.

---

### ORDER

---

    The matter before the Court is Plaintiff's Renewed Motion For Default Judgment (Doc. No. 45).  The Court finds that Plaintiff served a copy of the Summons and Complaint on Defendant Eastern Asset Management, LLC on March 16, 2009.  Defendant did not file a responsive pleading within 20 days, and on April 15, 2009, Plaintiff moved for entry of default against Defendant.  On April 21, 2009, the Court Clerk entered default against Defendant.  Defendant has to date filed no responsive pleading, and has not otherwise appeared in this action.

    The Court finds that Defendant Eastern Asset Management, LLC has failed to answer, respond, or appear, and therefore the Court will render judgment by default in favor of Plaintiff and against Defendant Eastern Asset Management, LLC.  After reviewing the evidence submitted by Plaintiff, the Court finds in favor of Plaintiff and against Defendant in the amount of $4,650.00, which consists of $1,000.00 in statutory

damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) and $3,650.00 in reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3).  Accordingly, it is

ORDERED that Plaintiff's Renewed Motion For Default Judgment (Doc. No. 45) is granted.  It is

FURTHER ORDERED that Plaintiff is awarded $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A).  It is

FURTHER ORDERED that Plaintiff is awarded $3,650.00 in reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3).  It is

FURTHER ORDERED that a separate judgment shall issue pursuant to Fed. R. Civ. P. 58.  It is

FURTHER ORDERED that Plaintiff shall be awarded her costs upon the filing of a bill of costs within ten days after entry of judgment.

DATED at Denver, Colorado, this 29th day of June, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court